**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ERIC HALL, | No. C15-01558 LB |
| Plaintiff, | ***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| LUMBER LIQUIDATORS, INC., et al., | |
| Defendants. | |
| _____/ | |

On April 6, 2015, Plaintiff Eric Hall filed the instant action against Defendants Lumber Liquidators, Inc., et al.. Complaint, ECF No. 1.[1] After reviewing the complaint, it appears that the action concerns substantially the same parties and events involved in several actions assigned to Judge Tigar. *See*, *e.g.*, *Balero v. Lumber Liquidators, Inc.*, No. C15-01005 JST. Accordingly, pursuant to Civil Local Rule 3-12(c), the undersigned respectfully refers the above-captioned action to Judge Tigar for the purposes of determining relationship to *Balero v. Lumber Liquidators, Inc.*, No. C15-01005 JST.

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C15-01558 LB
REFERRAL FOR RELATIONSHIP DETERMINATION

1 **IT IS SO ORDERED.**

2 Dated: April 8, 2015

3 _____
LAUREL BEELER
United States Magistrate Judge